UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:

Chapter 7
Case # 10-23993 (RDD)

FENTON N. SOLIZ
and NANCY M. SOLIZ

Debtors.

_____

## ORDER AVOIDING THE JUDGMENT LIEN OF
## CACH LLC

Upon the motion, dated July 8, 2011 (the "Motion") of the above debtors, Fenton N.

Soliz and Nancy M. Soliz (the "Debtors"), by their attorney, Jennifer A. Pasquantonio, Esq., for

an order pursuant to 11 U.S.C. § 522(f)(1)(A) voiding the judgment lien against the Debtors'

residence located at 10 Winslow Road, White Plains, NY, of creditor CACH LLC, which

resulted from a judgment in the amount of $34,929.97, docketed on May 3, 2010 in the

Westchester County Clerk's Office, **Index # 19300-2009**, against Debtor Nancy M. Soliz a/k/a

Nancy Soliz and in favor of creditor CACH LLC (the "Lien"); and there being due and sufficient

notice of the Motion; and upon the record of the hearing on the Motion held by the Court on July

27, 2011; and there being no opposition to the Motion; and upon due deliberation, it appearing

that the Lien impairs the Debtors' homestead exemption in full, it is hereby

ORDERED, that the Motion is granted and the Lien of CACH LLC is hereby voided

pursuant to 11 U.S.C. § 522(f)(1)(A); and it is further

ORDERED, that the Clerk of Westchester County, New York is directed to mark on its

records that the Lien is avoided pursuant to U.S. Bankruptcy Court Order; <u>provided</u> that counsel

for the Debtors may in the alternative file a copy of this Order with the Westchester County

Clerk's Office to provide notice thereof.


Dated: August 2, 2011
        White Plains, New York


                                        /s/Robert D. Drain
                                        HONORABLE ROBERT D. DRAIN
                                        U.S. BANKRUPTCY COURT